UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAVON PIERCE,

    Plaintiff,

    v.

KAMALA D. HARRIS, et al.,

    Defendants.

Case No. 15-cv-05498-EMC

**ORDER OF TRANSFER**

Plaintiff, an inmate at Kern Valley State Prison, filed this *pro se* civil action, complaining that his mail was interfered with at the California Correctional Institute in Tehachapi. *See* Docket No. 1 at 2, 5. Tehachapi is in Kern County, California. Kern County is within the venue of the Eastern District of California. Two of the defendants have addresses in Sacramento County, and apparently reside in the Eastern District of California. A third defendant has an address in San Diego, and apparently resides in the Southern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    **IT IS SO ORDERED**.

Dated: April 5, 2016

EDWARD M. CHEN
United States District Judge